IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWIN ALVAREZ, | ) |
| Plaintiff, | ) Case No. 7:10CV00285 |
| v. | ) **FINAL ORDER** |
| GENE JOHNSON, DIRECTOR, | ) By: Glen E. Conrad |
| Defendants. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), the pending motions are **DENIED**, and this action is stricken from the active docket of the court.

ENTER: This 30th day of June, 2010.

_____
United States District Judge